UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO RAYNARD ELLISON,<br><br>Plaintiff,<br><br>v.<br><br>FABIAN FARMER, et al.,<br><br>Defendants. | No. 2:15-cv-1140 TLN CKD P<br><br><br><br>ORDER |

Plaintiff has filed a motion asking that the June 3, 2016 discovery cutoff be extended because counsel for defendants has filed a document indicating she will be out of the country between March 11th and 28th. Plaintiff fails to identify how defendant's counsel being out of the country for two weeks necessitates an extension of the discovery cut off. Therefore, plaintiff's request (ECF No. 17) is denied. The parties are reminded that under the terms of the court's February 17, 2016 scheduling order, all requests for discovery must be served not later than 60 days prior to the discovery cutoff.

Dated: March 9, 2016

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
elli1140.dis