KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Supervising Deputy Attorney General
ANDREA R. SLOAN, State Bar No. 265421
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 322-2192
 Fax: (916) 324-5205
 E-mail: Andrea.Sloan@doj.ca.gov
*Attorneys for Defendants F. Farmer and J. Pingol*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ORLANDO RAYNARD ELLISON,**<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**FABIAN FARMER, et al.,**<br><br>　　　　　　　　Defendants. | Case No. 2:15-cv-1140 TLN CKD (PC)<br><br>**JOINT STIPULATION, REQUEST TO SET CASE FOR SETTLEMENT CONFERENCE, AND ORDER**<br><br>Judge:　　　　The Hon. Carolyn K. Delaney<br>Action Filed: May 27, 2015 |

Defendants F. Farmer and J. Pingol, along with Plaintiff Orlando Ellison, hereby submit this Joint Stipulation, Request to Set Case for Settlement Conference, and [Proposed] Order. Plaintiff and Defendants agree to the following:

The Parties have been engaged in settlement discussions and strongly believe a Court ordered and supervised settlement conference would be of great benefit and likely resolve this matter.

In light of an upcoming settlement conference, the Parties agree to extend discovery due dates in order to save time and costs in the event settlement is achieved. The agreed upon due dates are as follows:

/ / /

- Defendants' Requests for Admissions (Set One) propounded on Plaintiff, presently due May 12, 2016, **now due 30 days after** any unsuccessful settlement conference;
- Plaintiff's Combined Discovery Requests (Set One) propounded on Defendant Pingol, presently due May 13, 2016, **now due 30 days after** any unsuccessful settlement conference;
- Plaintiff's Combined Discovery Requests (Set One) propounded on Defendant Farmer (Set One), presently due May 13, 2016, **now due 30 days after** any unsuccessful settlement conference;
- Plaintiff's Combined Discovery Requests (Set Two) propounded on Defendant Pingol, presently due May 27, 2016, **now due 60 days after** any unsuccessful settlement conference;
- Plaintiff's Request for Production of Documents (Set One) propounded on Defendants, presently due May 27, 2016, **now due 60 days after** any unsuccessful settlement conference; and
- Plaintiff's Request for Production of Documents (Set Two) propounded on Defendants, presently due June 3, 2016, **now due 60 days after** any unsuccessful settlement conference.

The Parties agree and stipulate that the above discovery due dates shall be extended by 30 and 60 days. The Parties also agree to submit this matter a settlement conference under the Court's supervision.

IT IS SO STIPULATED.

Dated: May 4, 2016           BY: _/s/ *Andrea R. Sloan*
                             ANDREA R. SLOAN
                             Deputy Attorney General
                             *Attorneys for Defendants*
                             *F. Farmer and J. Pingol*

Dated: May 4, 2016           BY: */s/ Orlando Ellison*__
                             ORLANDO ELLISON
                             *Plaintiff, in pro per*

**ORDER**

Upon stipulation of the Parties and good cause appearing therefore, IT IS HEREBY ORDERED that this matter be set for a settlement conference. IT IS FURTHER ORDERED that the discovery response due dates shall be as follows:

- Defendants' Requests for Admissions (Set One) propounded on Plaintiff, presently due May 12, 2016, **now due 30 days after** any unsuccessful settlement conference/mediation;
- Plaintiff's Combined Discovery Requests (Set One) propounded on Defendant Pingol, presently due May 13, 2016, **now due 30 days after** any unsuccessful settlement conference/mediation;
- Plaintiff's Combined Discovery Requests (Set One) propounded on Defendant Farmer (Set One), presently due May 13, 2016, **now due 30 days after** any unsuccessful settlement conference/mediation;
- Plaintiff's Combined Discovery Requests (Set Two) propounded on Defendant Pingol, presently due May 27, 2016, **now due 60 days after** any unsuccessful settlement conference/mediation;
- Plaintiff's Request for Production of Documents (Set One) propounded on Defendants, presently due May 27, 2016, **now due 60 days after** any unsuccessful settlement conference/mediation; and
- Plaintiff's Request for Production of Documents (Set Two) propounded on Defendants, presently due June 3, 2016, **now due 60 days after** any unsuccessful settlement conference/mediation.
- The discovery deadline and deadline for the filing of pretrial motions are vacated. Those dates will be re-established, if necessary, at a later date.

Dated: May 6, 2016

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE