# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

ORLANDO RAYNARD ELLISON,     No. 2:15-cv-1140 TLN CKD P

    Plaintiff,

  v.

FABIAN FARMER, et al.,

    Defendants.
        **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Orlando Raynard Ellison, CDCR # H-26882, a necessary and material witness in a settlement conference in this case on May 19, 2016, is confined in California Medical Facility (CMF), in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Edmund F. Brennan at the U. S. District Court, Courtroom #8, 501 I Street, Sacramento, California 95814, on Thursday, May 19, 2016 at 10:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, CMF, 1600 California Dr., Vacaville, California 95696:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Brennan at the time and place above, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: May 6, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE