UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO RAYNARD ELLISON, | No. 2:15-cv-1140-TLN-CKD P |
| Plaintiff, | |
| v. | ORDER RE SETTLEMENT & DISPOSITION |
| FABIAN FARMER, et al., | |
| Defendants. | |

The case was before the court for a settlement conference conducted on May 19, 2016. Pursuant to the representations by plaintiff and counsel for defendants, the case was settled and the terms of the settlement were placed on the record.

Accordingly, as stated on the record, the court now orders that dispositional documents are to be filed not later than seven (7) days from the date of this order.

All hearing dates heretofore set in this matter are VACATED.

<u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO CONTRIBUTED TO THE VIOLATION OF THIS ORDER</u>.

IT IS SO ORDERED.

DATED: May 19, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE